CHARLES PHOL, GUARDIAN, ETC., Defendant in Error, *v.* H. BUNCE, ADMINISTRATOR, ETC., Plaintiff in Error.

1. *Practice, civil — Bill of exceptions, judgment must be set out in.*— When the bill of exceptions fails to set out the judgment so as to show whether it was absolute or conditional, interlocutory or final, the appeal will be dismissed.

*Error to First District Court.*

*C. M. Gordon*, for defendant in error.

*Draffin & Muir*, for plaintiff in error.
19—VOL. XLVIII.

CURRIER, Judge, delivered the opinion of the court.

The record in this cause shows no final judgment. I find a memorandum in the bill of exceptions thus: " The court then rendered judgment in favor of the plaintiff ;" but the judgment itself, if there was one, is not set out, nor is there anything to show whether the supposed judgment was absolute or conditional, interlocutory or final. The defendant's counsel refers to the supposed judgment as being conditional, but the record shows nothing in relation to the matter.

Writ dismissed. The other judges concur.